IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN AHMADZAI,

        Plaintiff,                      No. CIV S-05-1091 LKK JFM PS

   vs.

FRANK METULLY, SR., et al.,

        Defendants.            ORDER

_____/

        Presently calendared for hearing on September 1, 2005 is defendants' July 14, 2005 motion to dismiss or, in the alternative, motion for summary judgment. A review of the moving papers, however, demonstrates certain administrative matters must be addressed before this motion may properly be heard.

        First, counsel for defendants has not signed the motion, documents submitted in support of the motion, or the certificate of service attesting to service of the motion. Local Rule 7-131(b) requires signatures on all pleadings and non-evidentiary documents. (See also Fed. R. Civ. P. 11(a); 7(b)(3); Local Rule 1-101.) On August 15, 2005, counsel filed a reply to plaintiff's opposition. The reply reflects counsel's electronic signature, but the appended certificate of service contains no signature.

/////

1    In addition, although defendants' statement of undisputed facts references their
2 trial brief filed in the superior court appended as Exhibit B, no trial brief was filed with the
3 papers docketed on July 14, 2005.
4    In light of the above, the hearing on defendants' motion will be continued and
5 counsel will be provided additional time in which to file the appropriate signature pages and
6 Exhibit B.
7    Accordingly, IT IS ORDERED that:
8    1. The September 1, 2005 hearing is continued to September 8, 2005; and
9    2. Within ten court days from the date of this order, counsel shall re-file the
10 appropriate signature pages containing his electronic signature, in addition to Exhibit B.
11 DATED:  August 22, 2005.

UNITED STATES MAGISTRATE JUDGE

/001; ahmadzai.fb