1

2

3

4

5

6

7

8

9                          IN THE UNITED STATES DISTRICT COURT

10                        FOR THE EASTERN DISTRICT OF CALIFORNIA

11   BRIAN AHMADZAI,

12              Plaintiff,                    No. CIV S-05-1091 LKK JFM PS

13         vs.

14   FRANK METULLY, SR., et al.,

15              Defendants.                   ORDER

16   _____/

17              This action was referred to the undersigned pursuant to Local Rule 72-302(c)(21).

18   On July 14, 2005, defendants filed a motion to dismiss pursuant to Fed. R. Civ. P. 12 and motion

19   for summary judgment pursuant to Fed. R. Civ. P. 56.  No opposition to the motion to dismiss

20   has been filed.

21              Local Rule 78-230(c) provides that opposition to the granting of a motion must be

22   filed fourteen days preceding the noticed hearing date.  The Rule further provides that "[n]o party

23   will be entitled to be heard in opposition to a motion at oral arguments if written opposition to

24   the motion has not been timely filed by that party."  In addition, Local Rule 78-230(j) provides

25   that failure to appear may be deemed withdrawal of opposition to the motion or may result in

26   sanctions.  Finally, Local Rule 11-110 provides that failure to comply with the Local Rules "may

1

1   be grounds for imposition of any and all sanctions authorized by statute or Rule or within the

2   inherent power of the Court."

3          Good cause appearing, IT IS HEREBY ORDERED that:

4          1.  The hearing date of September 8, 2005 is vacated.  Hearing on defendants'

5   motion is continued to October 6, 2005 at 11:00 a.m. in courtroom no. 27.

6          2.  Plaintiff shall file opposition, if any, to the motion to dismiss and for summary

7   judgment, no later than September 21, 2005.  Failure to file opposition and appear at the hearing

8   will be deemed as a statement of non-opposition and shall result in a recommendation that this

9   action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

10  DATED:  September 6, 2005.

11

12                             _____

13                             UNITED STATES MAGISTRATE JUDGE

14  /001; ahmadzai.46

15

16

17

18

19

20

21

22

23

24

25

26