IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN AHMADZAI,

         Plaintiff,                   No. CIV S-05-1091 LKK JFM PS

     vs.

FRANK METULLY, SR., et al.,

         Defendants.            ORDER

_____/

        This action was referred to the undersigned pursuant to Local Rule 72-302(c)(21). A review of the court's docket reflects plaintiff filed an opposition to defendants' motion on August 11, 2005. Accordingly, this court's September 6, 2005 order is vacated and hearing on defendants' motion will proceed on Thursday, September 8, 2005.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1.  The September 6, 2005 order is vacated; and

        2.  Defendants' July 14, 2005 motion shall be heard on September 8, 2005 at 11:00 a.m. in Courtroom No. 27.

DATED:  September 7, 2005.

UNITED STATES MAGISTRATE JUDGE

/001; ahmadzai.vac