IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN AHMADZAI,

      Plaintiff,                    No. CIV S-05-1091 LKK JFM PS

   vs.

FRANK METULLY, SR., et al.,

      Defendants.          ORDER

_____/

      Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

      On September 13, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days. Plaintiff has filed objections to the findings and recommendations.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 13, 2005, are adopted in full;

2. Defendants' July 14, 2005 motion to dismiss be granted; and

3. This action be dismissed with prejudice.

DATED: January 3, 2006.

/s/Lawrence K. Karlton
UNITED STATES DISTRICT JUDGE

/ahmadzai.805